IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN -2 2025
JEFFREY P. COLWELL
CLERK

Civil Action No. **1:24-cv-03376-RTG**
(To be supplied by the court)

**CASEY BAVERSTOCK**, Plaintiff

v.

**Jury Trial requested:**
(please check one)
___ Yes  X  No

_____,

_____,

_____,

**CDOC - Colorado Department of Corrections, Denver** Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

CASEY BAVERSTOCK / Freemont Correctional Facility PO Box 999 Canon City CO. 81212-0999 Building 1-B cell 108
(Name and complete mailing address)

# 970-819-8091  cbaverstock@yahoo.com   *** Both phone and e-mail are out of order
(Telephone number and e-mail address)

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Colorado Department of Corrections Denver (CDOC)
(Name and complete mailing address)

Locally Listed
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

**X**   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

__THE Eighth AmmenDMENT__

**X**   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __ColorADO, USA__.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in __COLORADO__ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.  STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: CDOC Broke the Steel Rod Repair on My Right Ankle

Supporting facts: On April 22, 2024 while being Input at CDOC my walking Boot was removed by CDOC. It was a walking Boot I had worn daily since the insertion of a Steel rod in a right ankle repair in the Summer of 2018. While at input CDOC required me to walk barefoot for approximently 4 hours during the Input process. This caused my right ankle strong pain. I requested Medical to treat the injury to the right ankle. CDOC Denied the Medical request. I was then very aggressively and physically attacked by several guards at CDOC. In this very aggressive and very painful fight with the CDOC Guards, the screws that were used to attach the steel rod to my tibia bone were broken free causing the steel rod to be broken free and destroying the right ankle repair. The injury prevented me from walking and caused a tremendous and shocking amount of daily pain. I was transferred to CDOC Arkansas Valley from Denver were I was incarcerated with very steady and very strong daily pain. CDOC Prevented me from seeing a doctor or medical care for 6 months October 2024.

CLAIM #1 IS AN 8th AMMENDMENT VIOLATION

CDOC violated my 8th Ammendment constitutional rights in denying and preventing me Medical care to treat my very seriously injured right ankle injury. This is an intermediate injury and deliberate interference claim. This is an attempt to receive prospective relief.

E.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

DEMAND FOR RELIEF

CDOC VIOLATED MY 8th AMMENDMENT Constitutional Rights. MY DEMAND FOR RELIEF is for THE COMPENSATION OF $95,000 PER MONTH or A TOTAL FOR THE 6 MONTH PERIOD OF: $570,000

F.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12-26-24
_____
(Date)

(Revised February 2022)

**Colorado Department of Corrections**

Name: CASEY BAVERSTOCK
Register Number: 200145
Unit: Freemont BLDG #1-B 188
Box Number: PO Box 999
City, State, Zip: CAHON CITY, COLORADO 81212-0999

80294-250151

DENVER CO 802
30 DEC 2024 PM 3 L

Attn: JUDGE RICHARD T. GURLEY
UNITED STATES DISTRICT COURT
901-19TH Street, ROOM A105
Denver, CO. 80294-3589